UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DAVID ALLEN, | ) |
| Plaintiff, | ) |
| v. | )  No. 2:20-cv-00100-JPH-MJD |
| JUSTIN BUCHANAN, et al. | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Dinsmore has entered a Report and Recommendation, dkt. 94, recommending that the Court dismiss this case for the plaintiff's failure to prosecute and failure to obey the Court's orders to compel discovery, to appear at a telephonic status conference, and to appear in open court to show cause why this action should not be dismissed. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [94]. This case is **DISMISSED with prejudce** under Federal Rule of Civil Procedure 41(b).

Final judgment in accordance with this Order shall now issue.

**SO ORDERED**.

Date: 5/9/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DAVID ALLEN
3749 Whitfield
Indianapolis, IN 46235

Carol A. Dillon
BLEEKE DILLON CRANDALL, P.C.
carol@bleekedilloncrandall.com

Andrew Scheil
OFFICE OF CORPORATION COUNSEL
Andrew.Scheil@indy.gov

Alexander Phillip Will
FROST BROWN TODD LLC (Indianapolis)
awill@fbtlaw.com

Adam Scott Willfond
OFFICE OF CORPORATION COUNSEL
adam.willfond@indy.gov